IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARTIN L. HATTON,**

    **Petitioner,**

  **v.**　　　　　　　　　　　　　　　　　　Case No. 2:04-cv-1154

　　　　　　　　　　　　　　　　　　　　　　**JUDGE GRAHAM**
**WANZA JACKSON, Warden,**　　　　　　**MAGISTRATE JUDGE KING**

    **Respondent.**

## OPINION AND ORDER

On July 26, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be denied. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                                     s/James L. Graham
                                     JAMES L. GRAHAM
                                     United States District Judge

DATE:  August 16, 2005